IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00290-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

CLEOPHUS MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Cleophus Morris, has filed *pro se* a document titled "First Claim for Relief and Supporting Factual Allegations" (ECF No. 1), in which he appears to be challenging a July 21, 2014 decision of the Social Security Administration to deny Supplemental Security Income (SSI) benefits.   He has also submitted an Application to Proceed in District Court without Prepaying Fees or Costs on the court-approved form. (ECF No. 3).

Pursuant to review under D.C.COLO.LCivR 8.1(a), the Court has determined that one of the documents is deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ____ is not submitted
(2) ____ is not on proper form (must use the Federal Court's current form)
(3) ____ is missing original signature by Plaintiff

(4) \_\_\_  is missing affidavit
(5) \_\_\_  affidavit is incomplete
(6) \_\_\_  affidavit in support of application is not signed and dated under declaration of perjury
(7) \_\_\_  names in caption do not match names in caption of complaint, petition or application
(8) \_\_\_  other:

**Complaint or Petition**:
(9) \_\_\_  is not dated
(10) _X_  is not on proper form (<u>must use the court's current "Complaint" form</u>)
(11) \_\_\_  is missing an original signature by the Plaintiff
(12) \_\_\_  is incomplete
(13) \_\_\_  uses et al. instead of listing all parties in caption
(14) \_\_\_  names in caption do not match names in text of Complaint
(15) \_\_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_\_  other

Accordingly, Mr. Morris will be directed to resubmit his Complaint, on the court-approved Complaint form. **Mr. Morris need not attach the exhibits that he submitted with his original pleading.** (*See* ECF No. 1 at 1-1, 1-2, and 1-3).

If Mr. Morris fails within the time allowed to resubmit his Complaint on the court-approved form, the instant action may be dismissed without prejudice. However, Plaintiff is warned that, even if the action is dismissed without prejudice, the dismissal may act as a dismissal with prejudice if the time for filing an action seeking review of the denial of social security benefits expires. *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013). Pursuant to Section 205(g) of the Social Security Act, a civil action must be commenced "within sixty days after the mailing to [her] of notice of [any final decision of the Commission of Social Security] or within such further time as the Commissioner of Social Security may allow." 42 U.S.C. § 405(g). Accordingly, it is

ORDERED that Mr. Morris file, **within thirty (30) days from the date of this**

**order**, a Complaint on the court-approved Complaint form that complies with the directives in this Order.   It is

FURTHER ORDERED that Mr. Morris shall obtain a copy of the court-approved Complaint form at [www.cod.uscourts.gov](http://www.cod.uscourts.gov).   Alternatively, Mr. Morris may obtain a copy of the Complaint form in person from the Clerk of the Court at 901 19th Street, Denver, Colorado.   It is

FURTHER ORDERED that, if Mr. Morris fails to file a Complaint on the court-approved form within the time allowed, the action may be dismissed without further notice.

DATED February 8, 2016, at Denver, Colorado.

                BY THE COURT:

                s/Gordon P. Gallagher
                United States Magistrate Judge