IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00290-GPG

CLEOPHUS MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER ASSIGNING CASE TO AP DOCKET

    After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the case will be assigned to the AP docket for further review. *See* D.C. COLO.LAPR 10.3. Accordingly, it is

    ORDERED that this case shall be placed on the AP docket.

    DATED February 25, 2016, at Denver, Colorado.

                                     BY THE COURT:

                                     Gordon P. Gallagher
                                     United States Magistrate Judge