### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 16-cv-00290-REB

CLEOPHUS MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the plaintiff's motion for clarification [#13][2] filed March 7, 2016. The court denies the motion.

A plaintiff proceeding *pro se* is entitled to more liberality in the construction of his pleadings. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). Nevertheless, the court cannot act as an advocate for a *pro se* party. **Yang v. Archuleta**, 525 F.3d 925, 927 n.1 (10th Cir. 2008); **Hall**, 935 F.2d at 1110. Plaintiff's request for legal advice as to how to proceed with the preparation of the Joint Case Management Plan runs afoul of this admonition.

Moreover, clarification is not needed. The **Order for Preparation of Joint Case Management Plan** [#10], filed February 25, 2016, is self-explanatory. A careful reading of the order will answer plaintiff's questions.

Dated: March 8, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.