**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 16-cv-00290-REB

CLEOPHUS MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

    This matter is before me *sua sponte*. On March 18, 2016, I entered an **Order To Show Cause** [#19][1] noting that some mail sent to plaintiff at the address shown on the docket had been returned as undeliverable. Because it is plaintiff's responsibility to keep the court apprised of an address at which he can receive mail from the court, *see* **D.C.COLO.LCivR** 5.1(c), I ordered plaintiff to show cause why this case should not be dismissed for failure to comply with the local civil rules of this district.

    The court is now in receipt of plaintiff's **Motion To Enter Cleophus Morris' Alternative Address** [#20], filed March 25, 2016, which I construe as a response to the court's show cause order. Therein, plaintiff provides an alternative address and a reasonable explanation as to why mail sent to the address previously provided was

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

returned as undeliverable.  Moreover, the clerk of the court has updated plaintiff's address.  The matters raised by and inherent to the show cause order therefore have been adequately addressed and resolved, and accordingly, the order should be discharged

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#19], filed March 18, 2016, is discharged

Dated March 30, 2016, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge