**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  16-cv-00290-REB

CLEOPHUS MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Granting Defendant's Motion To Dismiss** [#25] entered by Judge Robert E. Blackburn on May 2, 2016, it is

ORDERED that this appeal is dismissed for lack of jurisdiction; it is

ORDERED that this case is closed.

DATED at Denver, Colorado, this 4th day of May, 2016.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By: s/ Kathleen Finney
                      Kathleen Finney
                      Deputy Clerk